# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LIBERTY TOWERS, LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ZONING HEARING BOARD OF** | : | **NO. 10-7149** |
| **FALLS TOWNSHIP, BUCKS COUNTY** | : | |
| **PENNSYLVANIA** | : | |

## ORDER

**AND NOW**, this 6th day of December, 2011, upon consideration of the Motion for Summary Judgment of Intervenor Falls Township (Document No. 10), the Motion for Summary Judgment of Plaintiff, Liberty Towers, LLC (Document No. 14) and the respective responses to the motions, it is **ORDERED** as follows:

1.   The Motion for Summary Judgment of Intervenor Falls Township is **GRANTED**;

2.   The Motion for Summary Judgment of Plaintiff, Liberty Towers, LLC is **DENIED**; and,

3.   **JUDGMENT** is entered in favor of Zoning Hearing Board of Falls Township and Falls Township, and against Liberty Towers, LLC.

                                             /s/Timothy J. Savage
                                           TIMOTHY J. SAVAGE,  J.